UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT GORDON | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| VERIZON WIRELESS | * | MAGISTRATE |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL**
**(28 U.S.C. §§ 1332, 1441 and 1446(a), (b))**

**NOW INTO COURT**, through undersigned counsel, comes defendant, **Verizon Wireless (VAW), LLC.,** solely for the purpose of filing their Notice of Removal and without waiving any defenses:

**1.**

This action was brought in the Civil Docket of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana in the case entitled "*Robert Gordon vs. Verizon Wireless*", docket no. 709-758, Division "O", by request of service of a Petition and Citation on the defendant, **Verizon Wireless (VAW), LLC.**

**2.**

This is a civil action brought by the plaintiff, Robert Gordon, domiciled in the Parish of Jefferson, State of Louisiana, seeking recovery of damages allegedly sustained by him as a result

- 1 -

of an incident and injury occurring on the premises known as Verizon Wireless, located at 1818 Manhattan Blvd., Harvey, Louisiana.

**3.**

The defendant, **Verizon Wireless (VAW), LLC.** is a foreign corporation authorized to do and doing business in the State of Louisiana, and in Jefferson Parish.  (See Petition for Damages attached hereto as **Exhibit "NR-1"**; and Answer and Jury Demand filed by Verizon Wireless, (VAW), LLC. **"NR-2"**.)

**4.**

This action is one over which the District Courts of the United States are given original jurisdiction under 28 U.S.C. Section 1332.

**5.**

The amount in controversy in this action exceeds the jurisdictional amount established by law for federal court jurisdiction.  (See **Exhibit "NR-3"**, February 7, 2012, Stipulation and Waiver request as to amount-in-controversy; plaintiff's counsel has orally declined to sign such Stipulation and Waiver) and does not oppose removal of this matter.

**7.**

A copy of all process, pleadings and orders served upon the defendant is attached to the Certificate of Filing State Court record.

**8.**

This action is removable under and by virtue of the acts of Congress of the United States and the defendants desire to remove it to this Court.

**9.**

Accordingly, the defendant, **Verizon Wireless (VAW), LLC.** asks that the above entitled action be removed to this court, the United States District for the Eastern District of Louisiana, in accordance with the provisions of 28 U.S.C. Section 1441, *et seq*.

Respectfully Submitted,

*S/ W. Evan Plauché*
**W. EVAN PLAUCHÉ: #21027**
**CHRISTOPHER G. OTTEN, #32626**
Counsel for Defendants,
**Centennial Wireless, Inc. and**
**Centennial Morehouse Cellular, LLC**
**HAILEY, McNAMARA, HALL,**
**LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana  70001
Telephone:  (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
             CGO@hmhlp.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **February 23, 2012**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*S/ W. Evan Plauché*