UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GORDON                     CIVIL ACTION

VERSUS                     NO: 12-573

VERIZON WIRELESS          SECTION: "J"(3)

### ORDER

Considering Plaintiff's **Motion for Voluntary Dismissal (Rec. Doc. 18),**

**IT IS ORDERED** that the claims of Plaintiff, Robert Gordon, be and are hereby **DISMISSED, with prejudice**, as to all Defendants with each party to bear his own costs.

New Orleans, Louisiana, this 11th day of January, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE